UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROBERT LANGERMANN,

    Plaintiff,

v.

SAMUEL J. DUBBIN; JONATHAN W. CUNEO; STEVE W. BERMAN; ILYA "ELIE" RUBINSTEIN; DAVID C. WROBEL; THE BLUE CARD, INC.; JEWISH FAMILY SERVICE AGENCY OF LAS VEGAS; JOHN DOES I-XX; and ROE CORPORATIONS XXI-XL,

    Defendants.
_____/

CASE NO: 14-CV-22531

## DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Defendants Samuel J. Dubbin ("Dubbin"), Jonathan W. Cuneo ("Cuneo"), Steve W. Berman ("Berman"), Ilya 'Elie' Rubinstein ("Rubinstein"), David C. Wrobel ("Wrobel"), The Blue Card, Inc. ("TBCI"), Jewish Family Service Agency of Las Vegas ("JFSA"), John Does I-XX, and Roe Corporations XXI-XL, pursuant to Fed. R. Civ. P. 42 and S.D. Fla. Local Rule 3.8,[1] give notice of the existence of a similar action or proceeding pending before this Court, as set forth below:

1.     Case number 01-1859 styled *Rosner, et al. v. United States of America*, and pending before the Honorable Patricia A. Seitz, involves common questions of law and fact as the instant lawsuit. *Rosner* is a class action filed on behalf of Hungarian Holocaust survivors

---

[1] This Rule states: "It shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures, as well as the existence of any similar actions or proceedings then pending before another court or administrative agency. Such notice shall be given by filing with the Court and serving on counsel a 'Notice of Pending, Refiled, Related or Similar Actions," containing a

against the United States for its role in the distribution and sale of the class members' valuable personal property after the end of World War II. On September 30, 2005, Judge Seitz entered a Final Order and Judgment in *Rosner*, incorporating a settlement agreement. Judge Seitz's order expressly retains continuing jurisdiction for the interpretation and enforcement of the settlement. Plaintiff Robert Langermann ("Langermann"), a member of the settlement class who has accepted benefits under the settlement, has filed the instant action to allege damages arising out of the *Rosner* settlement and to effectively ask the Court to reinterpret the *Rosner* settlement agreement.

HINSHAW & CULBERTSON LLP

/s/ *DANIEL C. SHATZ*
**RONALD L. KAMMER**
Florida Bar No. 360589
rkammer@hinshawlaw.com
**DANIEL C. SHATZ**
Florida Bar No. 94696
dshatz@hinshawlaw.com
2525 Ponce de Leon Blvd. Suite 400
Miami, Florida 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2014, a true and correct copy of the foregoing was served by certified and regular mail on Robert Langermann, P.O. Box 19724, Las Vegas, NV 89132, and electronically filed with the Clerk of the Court by using the CM/ECF system. I am unaware of any non-CM/ECF participants other than Robert Langermann.

/s/ *DANIEL C. SHATZ*
Daniel C. Shatz

---

list and description thereof sufficient for identification."