## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ROBERT LANGERMANN,

    Plaintiff,

v.                                                                              CASE NO: 14-CV-22531

SAMUEL J. DUBBIN; JONATHAN W. CUNEO; STEVE W. BERMAN; ILYA "ELIE" RUBINSTEIN; DAVID C. WROBEL; THE BLUE CARD, INC.; JEWISH FAMILY SERVICE AGENCY OF LAS VEGAS; JOHN DOES I-XX; and ROE CORPORATIONS XXI-XL,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION FOR INJUNCTIVE RELIEF AND SANCTIONS (*PROPOSED*)

THIS MATTER, having come before the Court upon Defendants' Motion for Injunctive Relief and Sanctions, and the Court being duly advised in the premises, it is hereby ordered and adjudged that the Motion is granted, as follows:

This Court finds and declares that, as concerns the Defendants to this action, Langermann is a vexatious litigant and that Langermann is permanently enjoined from filing any further pleadings or motions against the Defendants herein, in any federal or state court, unless Langermann first notifies such court of this order, provides the court an opportunity to pre-screen Langermann's proffered filing, and obtains the court's leave to file based upon the court's determination that the claims asserted are neither frivolous nor barred by the doctrine of *res judicata*.

DONE AND ORDERED in Miami, Florida this ____ day of _____, 2014.

14973022v1 0928762

                                                             JUDGE K. MICHAEL MOORE

cc:    Counsel of Record

        Robert Langermann
        P.O. Box 19724
        Las Vegas, NV 89132

14973022v1 0928762